```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Earl B. Garvin,

              Petitioner,

  -against-

Dale Artist

              Respondent.
------------------------------------------------------X

08 Civ. 5285 (PAC) (FM)
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

__X__ **Habeas Corpus**

____ Settlement:

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       July 8, 2008

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Earl B. Garvin
03-A-3850
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

1